

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**MICHAEL VANUNU**
(516) 357-3337
Michael.Vanunu@rivkin.com

August 14, 2024

Ramon E. Reyes, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  *Government Employees Insurance Company, et al. v. Tristate Psychological Injury Services, P.C., et al.*
           Docket No. 1:23-cv-04091-RER-LB
           RE: Amended Complaint (Dkt No. 40)
           RR File No.:  005100-03727

Dear Judge Reyes:

    Plaintiffs (collectively, "Plaintiffs" or "GEICO") respectfully submit this letter to advise the Court that on August 12, 2024, an incorrect document was filed in place of the amended complaint at Docket No. 40.  This was a technical error on our part and we apologize to the Court for these circumstances.

    We are requesting the incorrect document be replaced with the amended complaint, which is attached hereto.  The exhibits to the amended complaint and the proposed summons and summons rider at 40-1, 40-2, and 40-3 are all accurate and apply to this amended complaint.

Thank you for your attention to this matter.

                          Very truly yours,

                          RIVKIN RADLER LLP
                          /s/ *Michael Vanunu*
                          Michael Vanunu

Encl.

9 Thurlow Terrace
Albany, NY 12203-1005
T 518.462.3000 F 518.462.4199

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777