

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**MICHAEL VANUNU**
(516) 357-3337
Michael.Vanunu@rivkin.com

October 30, 2024

**By ECF**
Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *Gov't Emps. Ins. Co., et al. v. Tristate Psychological Injury Services, P.C., et al.*
            Docket No. 1:23-cv-04091-RER-LB
            RR File No.:  005100-03727

Dear Magistrate Judge Bloom:

     This firm represents Plaintiffs (collectively, "Plaintiffs" or "GEICO") in the above referenced matter. Jointly with the appearing Defendants Nazim Tariverdiev, Kianan Tariverdiev, Vladislav Stoyanovsky, Dmitriy Khavko, Dilshod Islamov, Eduard Pakoys, and Financial Vision Capital Group II LLC (collectively, "Defendants", and together with Plaintiffs, the "Parties"), we respectfully submit the attached stipulation adopting the Confidentiality Order entered in this case on October 18, 2023 as discussed during the October 17, 2024 status conference.

                                                         Very truly yours,

                                                          RIVKIN RADLER LLP
                                                          /s/ *Michael Vanunu*
                                                          Michael Vanunu

Encl.

9 Thurlow Terrace
Albany, NY 12203-1005
T 518.462.3000 F 518.462.4199

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777