UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY, GEICO
GENERAL INSURANCE COMPANY and GEICO CASUALTY
COMPANY,

        Plaintiffs,

   -against-

TRISTATE PSYCHOLOGICAL INJURY SERVICES, P.C.,
SCOTT LLOYD, PH.D. (A Sole Proprietorship), SCOTT
LLOYD, PH.D., GARY GRODY a/k/a LANCE GRODY,
NAZIM TARIVERDIEV, KIANAN TARIVERDIEV,
VLADISLAV STOYANOVSKY, DMITRIY KHAVKO,
DILSHOD ISLAMOV a/k/a "DILAN", EDUARD PAKOYS a/k/a
"EDDIE", FINANCIAL VISION CAPITAL GROUP II LLC f/k/a
ADF EQUITIES, LLC, and JOHN DOE DEFENDANTS "1" -
"10"

        Defendants.

Docket No.:
1:23-cv-04091-RER-LB

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## **STIPULATION TO BE BOUND BY CONFIDENTIALITY ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs Government

Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance

Company and GEICO Casualty Company (collectively, "Plaintiffs" or "GEICO") and Defendants

Nazim Tariverdiev, Kainan Tariverdiev, Vladislav Stoyanovsky, Dmitriy Khavko, Dilshod Islamov

a/k/a Dilan, Eduard Pakoys a/k/a "Eddie", and Financial Vision Capital Group II LLC (collectively,

"Defendants") that:.

1.     Plaintiffs and Defendants agree to be bound to the terms of the Discovery

Confidentiality Order that was e-filed on October 17, 2023 (D.E. 24-1), and So Ordered by

Magistrate Judge Bloom on October 18, 2023 (see Dkt. Order Dtd. Oct. 18, 2023); and

2.      Electronic or facsimile signatures will be deemed as originals for all purposes hereunder.

Dated: October 30, 2024

RIVKIN RADLER LLP

By:    /s/ Michael Vanunu
       Michael Vanunu, Esq.
       Alexandra Wolff, Esq.
926 RXR Plaza
Uniondale, New York 11556
(516) 357-3000
*Attorneys for Plaintiffs*

PETER BIRZON & ASSOCIATES, P.C.

By:    See Attached
       Peter Birzon, Esq.
400 Jericho Turnpike, Suite 100
Jericho, NY 11753
(516) 942-9100
*Attorneys for Defendant Vladislav Stoyanovsky*

ABRAMS FENSTERMAN, LLP

By:    See Attached
       Keith Singer, Esq.
       Alex Leibson, Esq.
3 Dakota Drive, Suite 300
Lake Success, NY 11042
(516) 328-2300
*Attorneys for Defendant Financial Vision Capital Group II, LLC*

GARY TSIRELMAN, P.C.

By:    See Attached
       Gary Tsirelman, Esq.
       Austen O. Ugweches, Esq.
129 Livingston Street, Second Floor
Brooklyn, New York 11201
(718) 438-1200
*Attorneys for Defendant Eduard Pakoys*

SCHWARTZ, CONROY & HACK PC

By:    /S/ Robert Hewitt III
       Matthew Conroy, Esq.
       Robert Hewitt, III, Esq.
666 Old Country Road, 9th Floor
Garden City, NY 11530
(516) 745-1122
*Attorneys for Defendants Nazim Tariverdiev, Kainan Tariverdiev, Dmitriy Khavko, and Dilshod Islamov*

2.      Electronic or facsimile signatures will be deemed as originals for all purposes hereunder.

Dated: October 21, 2024

RIVKIN RADLER LLP

By: _____
        Michael Vanunu, Esq.
        Alexandra Wolff, Esq.
926 RXR Plaza
Uniondale, New York 11556
(516) 357-3000
*Attorneys for Plaintiffs*

PETER BIRZON & ASSOCIATES, P.C.

By: _____
        Peter Birzon, Esq.
400 Jericho Turnpike, Suite 100
Jericho, NY 11753
(516) 942-9100
*Attorneys for Defendant Vladislav Stoyanovsky*

GARY TSIRELMAN, P.C.

By: _____
        Gary Tsirelman, Esq.
        Austen O. Ugweches, Esq.
129 Livingston Street, Second Floor
Brooklyn, New York 11201
(718) 438-1200
*Attorneys for Defendant Eduard Pakoys*

SCHWARTZ, CONROY & HACK PC

By: _____
        Matthew Conroy, Esq.
        Robert Hewitt, III, Esq.
666 Old Country Road, 9th Floor
Garden City, NY 11530
(516) 745-1122
*Attorneys for Defendants Nazim Tariverdiev, Kainan Tariverdiev, Dmitriy Khavko, and Dilshod Islamov*

ABRAMS FENSTERMAN, LLP

By: _____
        Keith Singer, Esq.
        Alex Leibson, Esq.
1111 Marcus Ave, Suite 107
New Hyde Park, NY 11042
(516) 328-2300
*Attorneys for Defendant Financial Vision Capital Group II, LLC*

2.     Electronic or facsimile signatures will be deemed as originals for all purposes hereunder.

Dated: October 21, 2024

RIVKIN RADLER LLP

By: _____
      Michael Vanunu, Esq.
      Alexandra Wolff, Esq.
926 RXR Plaza
Uniondale, New York 11556
(516) 357-3000
*Attorneys for Plaintiffs*

GARY TSIRELMAN, P.C.

By: _____
      Gary Tsirelman, Esq.
      Austen O. Ugweches, Esq.
129 Livingston Street, Second Floor
Brooklyn, New York 11201
(718) 438-1200
*Attorneys for Defendant Eduard Pakoys*

PETER BIRZON & ASSOCIATES, P.C.

By:   *Peter Birzon*
      Peter Birzon, Esq.
400 Jericho Turnpike, Suite 100
Jericho, NY 11753
(516) 942-9100
*Attorneys for Defendant Vladislav Stoyanovsky*

SCHWARTZ, CONROY & HACK PC

By: _____
      Matthew Conroy, Esq.
      Robert Hewitt, III, Esq.
666 Old Country Road, 9th Floor
Garden City, NY 11530
(516) 745-1122
*Attorneys for Defendants Nazim Tariverdiev, Kainan Tariverdiev, Dmitriy Khavko, and Dilshod Islamov*

ABRAMS FENSTERMAN, LLP

By: _____
      Keith Singer, Esq.
      Alex Leibson, Esq.
1111 Marcus Ave, Suite 107
New Hyde Park, NY 11042
(516) 328-2300
*Attorneys for Defendant Financial Vision Capital Group II, LLC*

2.      Electronic or facsimile signatures will be deemed as originals for all purposes hereunder.

Dated: October 21, 2024

RIVKIN RADLER LLP

By: _____
        Michael Vanunu, Esq.
        Alexandra Wolff, Esq.
926 RXR Plaza
Uniondale, New York 11556
(516) 357-3000
*Attorneys for Plaintiffs*

GARY TSIRELMAN, P.C.

By: _____
        Gary Tsirelman, Esq.
        Austen O. Ugweches, Esq.
129 Livingston Street, Second Floor
Brooklyn, New York 11201
(718) 438-1200
*Attorneys for Defendant Eduard Pakoys*

PETER BIRZON & ASSOCIATES, P.C.

By: _____
        Peter Birzon, Esq.
400 Jericho Turnpike, Suite 100
Jericho, NY 11753
(516) 942-9100
*Attorneys for Defendant Vladislav Stoyanovsky*

SCHWARTZ, CONROY & HACK PC

By: _____
        Matthew Conroy, Esq.
        Robert Hewitt, III, Esq.
666 Old Country Road, 9th Floor
Garden City, NY 11530
(516) 745-1122
*Attorneys for Defendants Nazim Tariverdiev, Kainan Tariverdiev, Dmitriy Khavko, and Dilshod Islamov*

ABRAMS FENSTERMAN, LLP

By: _____*Alex Leibson*_____
        Keith Singer, Esq.
        Alex Leibson, Esq.
3 Dakota Drive, Suite 300
Lake Success, NY 11042
(516) 328-2300
*Attorneys for Defendant Financial Vision Capital Group II, LLC*