

**W W W . R I V K I N R A D L E R . C O M**

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

**MICHAEL VANUNU**
Partner
(516) 357-3337
michael.vanunu@rivkin.com

February 4, 2025

<u>**VIA ECF**</u>
Honorable Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     **Government Employees Ins. Co. et al. v. Tristate Psychology, et al.**
           **Docket No.: 1:23-cv-04091-RER-LB**

Dear Magistrate Judge Bloom:

As the Court is aware, we represent Plaintiffs Government Employees Insurance Co., GEICO
Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. (collectively
"Plaintiffs" or "GEICO") in the above-referenced matter. Plaintiffs submit this letter: (i) as a joint
status report required by the Court's December 2, 2024, Order (see Dkt. Order Dtd Dec. 2, 2024);
and (ii) requesting an extension of the current discovery schedule for good cause (see Dkt. Order
Dtd. Oct. 17, 2024). This letter is submitted jointly with Defendants Vladislav Stoyanovsky
("Stoyanovsky"), Dilsod Islamov ("Islamov"), Dmitriy Khavko ("Khavko"), Kianan Tariverdiev
("K. Tariverdiev"), Nazim Tariverdiev ("N. Tariverdiev"). Eduard Pakoys ("Pakoys"), and Financial
Vision Capital Group II LLC ("Financial Vision") (collectively, the "Defendants")(collectively with
Plaintiffs, the "Parties").[1]

As the Court may be aware, Defendants K. Tariverdiev, N. Tariverdiev, and Islamov (collectively,
the "Indicted Defendants") were indicted after the filing of the Amended Complaint in this action
and is the subject of a pending criminal action in the Southern District of New York entitled <u>U.S. v.
Tariverdi, et al.</u> (24-cr-599, S.D.N.Y.) (the "Pending Criminal Action"). Over the last month,
Plaintiffs have been in communication with the prosecutors of the Pending Criminal Action and with
criminal counsel for the Indicted Defendants related to a potential motion to intervene and motion
to stay discovery in this action pending the outcome of the Pending Criminal Action. To resolve
potential motion practice related to the Government's intervention and request stay of discovery,

---

[1] This letter is also submitted with the consent of Assistant United States Attorney Cecilia Vogel of
the United States Attorneys' Office for the Southern District of New York ("AUSA Vogel"), the
lead prosecutor in the case of <u>U.S. v. Tariverdi</u>, et al. (24-cr-599, S.D.N.Y.), involving Defendants
Islamov, K. Tariverdiev, and N. Tariverdiev.

66 South Pearl Street
Albany, NY 12207-1533
T 518.462.3000  F 518.462.4199

25 Main Street, Court Plaza North
Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460  F 201.489.0495

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925  F 904.467.3461

477 Madison Avenue
New York, NY 10022-5818
T 212.455.9555  F 212.687.9044

2649 South Road, Suite 100
Poughkeepsie, NY 12601-6843
T 845.473.8100  F 845.473.8777

Letter to Magistrate Judge Bloom
February 4, 2025
Page 2



Plaintiffs, the Defendants, criminal counsel for the Indicted Defendants, and AUSA Vogel have agreed to the following terms, which we submit to the Court for its approval:

1) A 90-day stay of all depositions in this action that will extend through May 4, 2025 ("Deposition Stay Period");

2) During the Deposition Stay Period, the Parties will continue to seek all forms of discovery besides party and non-party depositions; and

3) At the conclusion of the Deposition Stay Period, the Government reserves it right to file a motion for intervention and a stay of discovery in this action based upon the circumstances of the Pending Criminal Action. This agreement does not waive any of the Parties rights or arguments with respect to such future request by the Government.

Accordingly, the Parties, with the consent of the Government and criminal counsel for the Indicted Defendants, request that the Court issue an Order granting a 90-day stay of only depositions as outlined above. The Parties believe this is the most practical way for the parties to continue pursuing factual discovery in this action and limit motions that may impact the ability to conduct discovery in this action, while balancing the interest of the Government and the Indicted Defendants in the Pending Criminal Action.

Additionally, the Parties have continued pursuing factual discovery since its last status update from the Court. The Parties have exchanged written discovery, served deposition notices and deposition subpoenas. Additionally, going forward, the Parties expect to continue exchanging written discovery and conducting non-party discovery during the Deposition Stay Period.

Lastly, due to the above, the Parties are jointly requesting an extension of the fact discovery schedule, which is currently scheduled to end on April 10, 2025. See Dkt. Order Dtd. Oct. 17, 2024. This request is for good cause due to the Pending Criminal Action and the interim above-requested Deposition Stay Period to resolve the anticipated motion to intervene and stay of discovery by the Government. The Parties expect that after the conclusion of the Deposition Stay Period and absent a motion to stay by the Government or counsel for the Indicted Defendants, the Parties will be able to complete all party and non-party depositions within 60 days, which would be through July 3, 2025.

Accordingly, the Parties request that the current discovery schedule be amended as follows:

(i)      Deadline for fact discovery is extended from April 10, 2025, to July 3, 2025; and

(ii)     Deadline for expert discovery is extended from July 9, 2025, to October 4, 2025.

Letter to Magistrate Judge Bloom
February 4, 2025
Page 3



We thank the Court for its attention to this matter.

Respectfully submitted,

RIVKIN RADLER LLP

/s/ *Michael Vanunu*

Michael Vanunu

cc:

<u>VIA ECF</u>
All counsel

<u>VIA EMAIL</u>
AUSA Cecilia Vogel (Cecilia.Vogel@usdoj.gov)
AUSA Christopher Brumwell (Christopher.Brumwell@usdoj.gov)
AUSA Vladislav Vainberg (Vladislav.Vainberg@usdoj.gov)
United States Attorney's Office
Southern District of New York
26 Federal Plaza, 37th Floor
New York, NY 10278
All counsel via ECF