UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMBITY COMPANY, GEICO
GENERAL INSURANCE COMPANY and GEICO
CASUALTY COMPANY,

                 *Plaintiff(s),*

    -against-

TRISTATE PSYCHOLOGICAL INJURY SERVICES,
P.C., SCOTT LLOYD, Ph.D. (A Sole Proprietorship),
SCOTT LLOYD, Ph.D., GARY GRODY a/k/a LANCE
GRODY, and JOHN DOE DEFENDANTS "1" – "10"

               *Defendant(s).*

------------------------------------------------------------------ X

Docket No: 1:23-cv-04091

<u>NOTICE OF APPEARANCE</u>

      MELISSA BETANCOURT, principal attorney of the Law Offices of Melissa Betancourt,

P.C hereby files a Notice of Appearance representing non-party, Jessica Paulin.

Dated: New York, New York
       March 10, 2025

        *Melissa Betancourt*
        Melissa Betancourt, Esq.
        Law Offices Of Melissa Betancourt, P.C
        636 Broadway, Suite 516
        New York, NY 10012
        Tel: (718) 336-8076