

**MICHAEL VANUNU**
Partner
(516) 357-3337
michael.vanunu@rivkin.com

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

August 19, 2025

**VIA ECF**
Honorable Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Government Employees Ins. Co., et al. v. Tristate Psychology, et al.*
      Case No.: 23-cv-04091-RER-CHK

Dear Magistrate Judge Kaminsky:

As the Court is aware, we represent Plaintiffs (collectively "GEICO" or "Plaintiffs") in the above-captioned action. As the Court may recall, during the August 7, 2025, telephone conference, the Parties were directed to submit a joint status letter by August 21, 2025, addressing settlement and the parties' position on whether the stay relating to party depositions should be continued. See Min. Entry Dtd. Aug. 7, 2025. We submit this letter, jointly with the Defendants (collectively, with Plaintiffs, the "Parties"), in compliance with the August 7, 2025, Order, to provide the Court with a status update on this matter.

The Parties are pleased to advise the Court that Plaintiffs have come to an agreement in principal on the terms of a settlement with all appearing Defendants in this case. Plaintiffs and the appearing Defendants expect to memorialize and finalize all of the terms of a settlement and file a stipulation of discontinuance within the next forty-five (45) days.

In light of the agreement in principal on the terms of a settlement with all appearing Defendants, the Plaintiffs will not be proceeding with any depositions at this time.

We thank the Court for its time and continued attention to this matter.

              Very truly yours,

              RIVKIN RADLER LLP
              */s/ Michael Vanunu*
              Michael Vanunu

cc: All Counsel Via ECF