UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, et al.,

Docket No.:
1:23-cv-04091 (RE)(LB)

Plaintiffs,

-against-

TRISTATE PSYCHOLOGICAL INJURY SERVICES,
P.C. et al.,

Defendants.
-----------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, "Plaintiffs") and Defendant Eduard Pakoys ("Pakoys") that all claims asserted by Plaintiffs against Pakoys in this action are dismissed <u>with prejudice</u> pursuant to Fed. R. Civ. Proc. 41(a). Plaintiffs and Pakoys shall bear their own costs, disbursements and attorneys' fees in connection with the prosecution and/or defense of this action.

Dated: August 30, 2025

RIVKIN RADLER LLP

By: _____
Michael Vanunu, Esq.
926 RXR Plaza
Uniondale, New York 11556

*Counsel for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company*

GARY TSIRELMAN, P.C.

By: _____
Gary Tsirelman, Esq.
129 Livingston Street, 2nd Floor
Brooklyn, New York 11201

*Counsel for Defendant Eduard Pakoys*