UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

Docket No.:
1:23-cv-04091-RER-LB

                                  Plaintiffs,

-against-

TRISTATE PSYCHOLOGICAL INJURY SERVICES,
P.C. et al.,

                                  Defendants.
-----------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, "Plaintiffs") and Defendant Financial Vision Capital Group II, LLC ("Financial Vision") that all claims asserted by Plaintiffs against Financial Vision are dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a). Plaintiffs and Financial Vision shall bear their own costs, disbursements and attorneys' fees in connection with the prosecution and/or defense of this action.

Dated: September 11, 2025

| RIVKIN RADLER LLP | ABRAMS FENSTERMAN LLP |
|---|---|
| By: _____<br>Michael Vanunu, Esq.<br>926 RXR Plaza<br>Uniondale, New York 11556 | By: _____<br>Keith J. Singer, Esq.<br>Alex Leibson, Esq.<br>3 Dakota Drive, Suite 300<br>Lake Success, New York 11042 |
| *Counsel for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company* | *Counsel for Defendant, Financial Vision Capital Group II, LLC* |