UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

Docket No.:
1:23-cv-04091-RER-LB

                                Plaintiffs,

     -against-

TRISTATE PSYCHOLOGICAL INJURY SERVICES,
P.C. et al.,

                                Defendants.
-----------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, "Plaintiffs") and Defendant Vladislav Stoyanovsky ("Stoyanovsky") that all claims asserted by Plaintiffs against the Stoyanovsky in this action are dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a). Plaintiffs and Stoyanovsky shall bear their own costs, disbursements and attorneys' fees in connection with the prosecution and/or defense of this action.

Dated: ~~August ___, 2025~~
        September 15, 2025

| | |
|---|---|
| RIVKIN RADLER LLP | PETER BIRZON & ASSOCIATES, P.C. |
| By: _____ | By: _____ |
| Michael Vanunu, Esq. | Peter M. Birzon, Esq. |
| 926 RXR Plaza | 400 Jericho Turnpike, Suite 100 |
| Uniondale, New York 11556 | Jericho, New York 11753 |
| *Counsel for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company* | *Counsel for Defendant Vladislav Stoyanovsky* |